**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

NATIONAL GENERAL INSURANCE
ONLINE, INC., a Missouri corporation,

    Plaintiff,

v.                                Case No:  5:15-cv-111-Oc-30PRL

HERBERT BLACK, et al.,

    Defendants.
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant Melanie Fulco's Unopposed Motion to Set Aside Default (Doc. 92) and Defendant John A. Etie's Unopposed Motion to Set Aside Default (Doc. 93).

After due consideration, it is **ORDERED AND ADJUDGED** that:

    1.    Defendant Melanie Fulco's Unopposed Motion to Set Aside Default (Doc. 92) is GRANTED.

    2.    Defendant John A. Etie's Unopposed Motion to Set Aside Default (Doc. 93) is GRANTED.

    3.    The Clerk's Entry of Defaults against Melanie Fulco (Doc. 24) and John A. Etie (Doc. 23) are VACATED.

4.       Within fourteen (14) days of date of this Order, Defendants Melanie Fulco and John A. Etie may file answers to Plaintiff's amended complaint (Doc. 66).

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of February, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record